IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02979-BNB

GONZALO GOMEZ,

     Applicant,

v.

LINDA MACGREW, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

ORDER TO FILE PRE-ANSWER RESPONSE

---

Applicant, Gonzalo Gomez, is a prisoner in the custody of the Federal Bureau of

Prisons who currently is incarcerated at the United States Penitentiary Victorville in

Adelanto, California.  He is challenging his convictions in Larimer County, Colorado,

district court Criminal Action Nos. 89-CR-628 and 90-CR-324.

As part of the preliminary consideration of the amended Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 13) and the supporting brief

titled "Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2254" (ECF

No. 12) filed on in this action on January 21, 2014, and pursuant to *Denson v. Abbott*,

554 F. Supp. 2d 1206 (D. Colo. 2008), the Court has determined that a limited Pre-

Answer Response is appropriate.  Respondents are directed pursuant to Rule 4 of the

Rules Governing Section 2254 Cases in the United States District Courts to file a Pre-

Answer Response limited to addressing the affirmative defenses of timeliness under 28

U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. §

2254(b)(1)(A).  If Respondents do not intend to raise either of these affirmative defenses, Respondents must notify the Court of that decision in the Pre-Answer Response.  Respondents may not file a dispositive motion as the Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.  Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court.

Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, Respondents must notify the Court of that decision in the Pre-Answer Response.  It is

FURTHER ORDERED that Respondent and the Attorney General of the State of Colorado inform the Court **within twenty-one days from the date of this Order** if the appropriate parties are being served.

DATED February 4, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge