IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02979-BNB

GONZALO GOMEZ,

    Applicant,

v.

LINDA MACGREW, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motion titled "Petitioner's Motion for Re-Instatement [sic] of Civil Action and Reconsideration Under 59(c) Fed.R.Civ.P." (ECF No. 18) is DENIED as unnecessary.

    This action is not dismissed.  Respondents were ordered on February 4, 2014, *see* ECF No. 15, to file a pre-answer response to Applicant's amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 10) filed on January 21, 2014, and the supporting brief titled "Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2254" (ECF No. 12) filed on January 21, 2014.  Only the document titled "Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2254(b)(1)(B) (ECF No. 6), which Applicant replaced with his amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 10) and supporting brief titled "Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2254" (ECF No. 12), was denied as moot on January 23, 2014.  *See* ECF No. 13 at 3.

Dated:  February 12, 2014