IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02979-LTB

GONZALO GOMEZ,

    Applicant,

v.

LINDA MACGREW, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER REINSTATING AND DISMISSING CASE

---

    Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on December 12, 2014 (ECF No. 36), this civil action will be reinstated and dismissed for lack of jurisdiction. Accordingly, it is

    ORDERED that pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on December 12, 2014 (ECF No. 36), this civil action is reinstated and dismissed for lack of jurisdiction.

    DATED at Denver, Colorado, this   19th   day of   December  , 2014.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK, Senior Judge
                      United States District Court